IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSE ROMERO, on behalf of himself and
all others similarly situated,

    Plaintiffs,

v.                                                                    No. 1:17-cv-00775-KG-SCY

TITLEMAX OF NEW MEXICO, INC.,
TMX FINANCE, LLC, TRACY YOUNG, and
JUAN TREVIZO,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS DEFENDANT JUAN TREVIZO

    THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Voluntarily Dismiss Juan Trevizo (Doc. 13) and the Motion of Defendant Juan Trevizo to Dismiss for Failure to State a Claim Pursuant to Rule 12(B)(6) and Memorandum in Support Thereof (Doc. 10) and the Court being advised that the parties stipulate to dismissal *without prejudice* of Defendant Trevizo, the Court hereby enters its Order Dismissing *Without Prejudice* Defendant Juan Trevizo as follows:

    1.    Defendant Juan Trevizo shall be and hereby is dismissed *without prejudice*.

    2.    The parties shall bear their own attorney's fees and costs.

    3.    Defendant Juan Trevizo is terminated as a party.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Juan Trevizo shall be and hereby is dismissed *without prejudice*.

                                                                            UNITED STATES DISTRICT JUDGE

Approved by:

FUQUA LAW & POLICY, P.C.

*/s/ Approved via electronic mail 8.7.17*
Scott Fuqua
P.O. Box 32015
Santa Fe, NM 87594
505-982-0961
scott@fuqualawpolicy.com
*Attorneys for Plaintiff*


ATKINSON, BAKER & RODRIGUEZ, P.C.

 */s/ Justin D. Rodriguez*
Justin D. Rodriguez
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111
jrodriguez@abrfirm.com
*Attorneys for Defendants*