IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE ROMERO, *on behalf of himself
and all others similarly situated*,

      Plaintiff,

vs.                                                     No. CIV 17-0775 KG/SCY

TITLEMAX OF NEW MEXICO, INC., *et al.*,

      Defendants.

## ORDER COMPELLING ARBITRATION

THIS MATTER having come before the Court upon Defendant's "Motion to Compel Plaintiff to Arbitrate and to Enforce the Arbitration Clause as to All Proposed Class Members Who Did Not Opt-Out of the Arbitration Clause and to Stay All Proceedings or, in the Alternative, to Stay All Class Action Related Discovery and Proceedings Until this Motion is Decided" ("Motion to Compel Arbitration") (Doc. 9), and for the reasons stated on the record at the May 2, 2018, telephonic conference,

IT IS ORDERED that:

1. Defendant's Motion to Compel Arbitration is granted in part;

2. the parties meet and confer by March 16, 2018, to determine Plaintiff's arbitrable claims related to the first and second loan agreements;

3. if the parties cannot agree as to the following two issues (1) whether there are any arbitrable claims related to the first and second loan agreements, and if so, (2) what those claims are, Defendant shall file a brief on those issues by May 30, 2018; Plaintiff shall file his response no later than June 13, 2018; and Defendant shall file a reply no later than June 27, 2018.

4. upon deciding which claims, if any, are arbitrable, the Court will require the parties to proceed to arbitration as to those claims related to the first and second loan agreements.

_____
UNITED STATES DISTRICT JUDGE