IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE ROMERO, *on behalf of himself*
*and all others similarly situated,*

      Plaintiff,

  vs.                    No. CIV 17-0775 KG/SCY

TITLEMAX OF NEW MEXIO, INC., *et al.*,

      Defendants.

ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, MAY 29, 2018, AT 2:30 PM**. The parties shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate up to five (5) telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made*.

_____
UNITED STATES DISTRICT JUDGE