IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE ROMERO, on behalf of himself and
all others similarly situated,

    Plaintiffs,

v.                                                                                                       No. 1:17-cv-00775-KG-SCY

TITLEMAX OF NEW MEXICO, INC.,
TMX FINANCE, LLC, and TRACY YOUNG,

    Defendants.

## **ORDER STAYING ALL PROCEEDINGS**

THIS MATTER having come before the Court upon entry of the Court's Orders concerning arbitration (Doc. Nos. 56 & 64) and following entry of the United States Court of Appeals for the Tenth Circuit's Order and Judgment filed February 5, 2019, the Court hereby enters its ORDER STAYING ALL FURTHER PROCEEDING in this matter until such time as the court ordered arbitration of loan agreements one and two can be fully completed. Therefore, the Court hereby STAYS ALL FURTHER PROCEEDINGS in this matter as follows:

1. In accordance with the Court's previous Orders concerning arbitration (Doc. Nos. 56 & 64), the Parties shall promptly proceed to arbitration as to the first loan agreement dated July 19, 2016, and as to the second loan agreement dated August 6, 2016.

2. Pursuant to 9 U.S.C. § 3, all further proceedings in this matter shall be and hereby are STAYED until such time as the arbitration of the first and second loan agreements is completed and the Arbitrator renders his or her final award and judgment in arbitration.

3. The Parties are directed to file a Status Report with this Court in the event the arbitration of loan agreements one and two is not completed within 365 days of entry of this Order.

4. All pending motions before this Court shall be and hereby are held in abeyance during the pendency of this stay.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED pursuant to 9 U.S.C. § 3 that the above captioned matter shall be and hereby is STAYED in accordance with this terms of this Order.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKINSON, BAKER & RODRIGUEZ, P.C.
*/s/ Justin D. Rodriguez*
Justin D. Rodriguez
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111
jrodriguez@abrfirm.com
*Attorneys for Defendants*


Approved by:

FUQUA LAW & POLICY, P.C.
*/s/ Approved via electronic mail*
Scott Fuqua
P.O. Box 32015
Santa Fe, NM  87594
505-982-0961
scott@fuqualawpolicy.com
*Attorneys for Plaintiff*