IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSE ROMERO,

    Plaintiff,

vs.                                                                                                    No. CV 17-00775 KG/SCY

TITLEMAX OF NEW MEXICO, INC.,

    Defendant.

**ORDER**

Defendant TitleMax of New Mexico, Inc., has filed four motions seeking summary judgment or dismissal on all claims alleged in Plaintiff Jesse Romero's Second Amended Complaint (SAC) (Doc. 83). In a separate Order entered concurrently the Court has stricken Plaintiff's SAC (Doc. 108). All four motions are now moot.

IT IS ORDERED:

1.     TitleMax of New Mexico, Inc's First Motion for Partial Summary Judgment as to First, Second, Third, and Fourth Causes of Action in the Second Amended Complaint Based on Claim Preclusion (Res Judicata) and Issue Preclusion (Collateral Estoppel) (Doc. 86) is DENIED as moot;

2.     Defendant TitleMax of New Mexico Inc.'s Second Motion for Partial Summary Judgment as to the Fifth Cause of Action in Plaintiff's Second Amended Complaint [Doc. 83] for Conversion (Doc. 87) is DENIED as moot;

3.     Defendant TitleMax of New Mexico, Inc.'s Third Motion for Partial Summary Judgment Based on Judicial Estoppel as to the First, Second, Third and Fourth Causes of Action in the Second Amended Complaint (Doc. 88) is DENIED as moot;

1

4.	Defendant TitleMax of New Mexico, Inc.'s First Rule 12(c) Motion for Judgment on the Pleadings as to Plaintiff's Claim for Punitive Damages (Doc. 98) is DENIED as moot.

_____
UNITED STATES DISTRICT JUDGE