IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


JESSE ROMERO,

     Plaintiff,

vs.                                     No. CV  17-00775 KG/SCY

TITLEMAX OF NEW MEXICO, INC.,

     Defendant.


ORDER QUASHING ORDER TO SHOW CAUSE

     This matter comes before the Court upon its Order to Show Cause, filed August 17, 2021 (Doc. 129).  The Court ordered that within eleven days of the entry of the Order to Show Cause, the Defendant, TitleMax of New Mexico, must show good cause in writing why the United States District Court should not remand this case back to the New Mexico 1st Judicial District Court.  On August 31, 2021, Defendant timely responded to the Order to Show Cause, demonstrating that there is complete diversity between the parties, and that there are potential damages of more than $75,000 (Doc. 130).  Having complied with the Order to Show Clause,

     IT IS ORDERED that the Order to Show Cause (Doc. 129) is quashed.


_____
UNITED STATES DISTRICT JUDGE